# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>       Plaintiff,<br><br>   v.<br><br>UNIT MANAGER CIUFO,<br><br>       Defendant. | Case No.  1:12-cv-01810-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE  AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 20) |

   Plaintiff Matthew James Dury ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on November 5, 2012.  (ECF No. 1.)  On June 10, 2013, Plaintiff filed a notice to withdraw his case, which the Court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  (ECF No. 20.)

   "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do

1

1   anything about it." Id. at 1078.   No defendant has filed an answer or other responsive pleading.

2         Plaintiff has filed fourteen different prisoner civil rights cases with this Court in the last

3   year, several of which are duplicative.[1]   The Court's time and resources are extremely limited and

4   Plaintiff is cautioned that he should only bring claims reasonably based in law or fact.   Plaintiff is

5   further forewarned that filing a complaint based upon facts and law that have no reasonable basis

6   may result in sanctions, including, dismissal of the case or an order to pay a penalty to the Court.

7   See Fed. R. Civ. P. 11(c)(4).

8         Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

9   case, term all pending motions, and adjust the docket to reflect voluntary dismissal of this action

10  pursuant to Rule 41(a).

13  IT IS SO ORDERED.

15  Dated:   **June 17, 2013**

                                                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] 12-cv-01726-LJO-GSA; 1:12-cv-01809-LJO-JLT; 1:12-cv-01810-AWI-SAB; 1:12-cv-01811-LJO-SKO; 12-cv-01811-LJO-SKO; 12-cv-01858-AWI-BAM; 1:13-cv-00115-LJO-DLB; 1:13-cv-00116-LJO-GSA; 1:13-cv-00161-AWI-BAM; 1:13-cv-00278-LJO-BAM; 1:13-cv-00288-LJO-MJS; 1:13-cv-00595-LJO-GSA; 1:13-cv-00658-AWI-BAM; 1:13-cv-00721-SKO; 1:13-cv-00722-GSA.

2